Case 2:17-cv-00259   Document 13   Filed on 02/26/18 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
February 27, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JAMES JACKSON, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:17-CV-259 |
| | § | |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, | § § § | |
| | § | |
| Defendant. | § | |

# FINAL JUDGMENT

Pursuant to the Joint Stipulation of Dismissal (D.E. 12), the Court enters final judgment dismissing this action with prejudice.

ORDERED this 26th day of February, 2018.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE